IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE KLEIN, | : |
| | : CIVIL ACTION |
| Plaintiff, | : NO. 16-6275 |
| | : |
| v. | : |
| | : |
| STONEMOR PARTNERS L.P., et al. | : |
| | : |
| Defendants. | : |

**O R D E R**

**AND NOW**, this **19th** day of **December, 2016,** upon consideration of the motions to admit Jeremy A. Lieberman, Esq. (ECF No. 2) and Joseph Alexander Hood II, Esq. (ECF No. 3), as counsel <u>pro hac vice</u> for Plaintiff, it is hereby **ORDERED** that the motions are **DENIED** without prejudice.[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] Local Rule of Civil Procedure 83.5.2(a) requires that an attorney seeking to be admitted pursuant to Rule 83.5.2(b) have associate counsel of record who maintains an office within the Eastern District of Pennsylvania. See <u>Mowrer v. Warner Lambert Co.</u>, 1998 WL 512971, at *1 (E.D. Pa. Aug. 19, 1998); <u>EEOC v. Coatesville Area Sch. Dist.</u>, Civ. 00-4931 (E.D. Pa. Order-mem. Jan. 31, 2001).