**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEVEN KLEIN** | : | |
| | : | **CIVIL ACTION** |
| **vs.** | : | |
| | : | **NO: 16-6275** |
| **STONEMOR PARTNERS, L.P., et al** | : | |

**ORDER**

**AND NOW,** on this **10th** day of **December, 2018,** seeing that the above-captioned matter is a "member case" to consolidated "lead case" 16-6111, and in accordance with the judgment (ECF #89) filed in "lead case" 16-6111, it is hereby **ORDERED** that the Clerk of Court shall mark civil action no. 16-6275 **CLOSED** for statistical purposes.

**IT IS SO ORDERED.**

**s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO, J.**